UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NARTRON CORPORATION,

    Plaintiff/Counter-Defendant,

vs.                                        Case No. 4:10-cv-12293

COOPER-STANDARD                  Hon. Mark A. Goldsmith
AUTOMOTIVE, INC.,

                                               Magistrate Judge Mark A. Randon

    Defendant/Counter-Plaintiff.

_____/

**STIPULATED ORDER DISMISSING NARTRON'S MOTION TO COMPEL WITHOUT PREJUDICE (DKT. #64), DISMISSING NARTRON'S CLAIM FOR LOST PROFITS DAMAGES WITHOUT PREJUDICE, AND DISMISSING COOPER-STANDARD AUTOMOTIVE, INC.'S MOTION TO COMPEL (DKT. #67) WITHOUT PREJUDICE**

This matter having come before the Court on January 17, 2012 upon Cooper-Standard Automotive, Inc.'s ("Cooper-Standard") Motion to Compel Production of Documents From Nartron Corp. ("Nartron") (Dkt. #67) and Nartron's Motion to Compel (Dkt. #64), and the parties having stipulated to the resolution of these Motions on the record,

It is hereby **ORDERED** that, for the reasons set forth in the Joint Statement of Parties Regarding January 17, 2012 Hearing (Dkt. #112), Nartron's Motion to Compel (Dkt. #64) is **DISMISSED without prejudice**.

It is further **ORDERED** that, for the reasons stated on the record at the January 17, 2012 hearing, Nartron's claim for lost profits damages is **DISMISSED without prejudice.**

It is further **ORDERED** that, on or before January 27, 2012, Nartron shall produce to Cooper-Standard the following categories of documents:

1. Any and all Nartron internal financial reports, management discussions and analyses relating to capacitive anti-trap technology or products incorporating capacitive anti-trap technology;

2. Any and all cost reports and profitability analyses/reports related to the capacitive anti-trap technology;

3. Any and all Nartron financial information related to capital expenditures by Nartron for capacitive anti-trap technology;

4. Any and all raw financial data underlying the Nartron costs summaries related to capacitive anti-trap technology which were previously produced by Nartron in the course of discovery in this case; and

5. Any and all documents related to Nartron's efforts to sell or market capacitive anti-trap technology to OEMs or other seal manufacturers, inclusive of any business plans, market research, and documents or communications relating to contacts or negotiations with customers or potential customers.

It is further **ORDERED** that Cooper-Standard's Motion to Compel Production of Documents From Nartron (Dkt. #67) is **DISMISSED without prejudice**.

It is further **ORDERED** that if Nartron wishes to reassert its claim for lost profits, it must do so by seeking leave of the Court to amend the complaint, subject to Cooper-Standard's right to oppose Nartron's motion.

s/Mark A. Randon
Mark A. Randon
United States Magistrate Judge

Dated: January 23, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, January 23, 2012, electronically.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5542*

2

| So stipulated: | So stipulated: |
|---|---|
| DREW COOPER & ANDING, P.C. | FOLEY & LARDNER LLP |
| By: /s/ Thomas V. Hubbard (w/ consent)<br>John E. Anding (P30356)<br>Thomas V. Hubbard (P60575)<br>J. Joseph Rossi (P53941)<br>Theodore J. Westbrook (P70834)<br>DREW COOPER & ANDING P.C.<br>Aldrich Place, Suite 200<br>80 Ottawa Avenue, N.W.<br>Grand Rapids, Michigan 49503<br>(616) 454-8300<br>Counsel for Nartron Corporation<br><br>Mark A. Cantor (P32661)<br>Robert C.J. Tuttle (P25222)<br>John E. Nemazi (P33285)<br>John M. Halan (P37616)<br>BROOKS KUSHMAN P.C.<br>1000 Town Center, Twenty-Second Floor<br>Southfield, Michigan 48075<br>(248) 358-4400<br>(248) 358-3351 (fax)<br>Counsel for Nartron Corporation | By: /s/ Vanessa L. Miller<br>John R. Trentacosta (P31856)<br>Scott T. Seabolt (P55890)<br>Vanessa L. Miller (P67794)<br>Nicholas J. Ellis (P73174)<br>Irina Kashcheyeva (P72575)<br>500 Woodward Avenue, Suite 2700<br>Detroit, Michigan 48226<br>(313) 234-7100<br>(313) 234-2800 (fax)<br>Counsel for Cooper-Standard Automotive, Inc. |