UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**NARTRON CORPORATION,**

    **Plaintiff/Counter-Defendant,**

**v.**

**COOPER-STANDARD AUTOMOTIVE, INC.,**

    **Defendant/Counterclaimant.**

Case No. **10-CV-12293**
Hon. **Mark A. Goldsmith**
Magistrate Judge: **Mark A. Randon**

# ORDER GRANTING IN PART AND DENYING IN PART NARTRON CORPORATION'S MOTION TO COMPEL DISCOVERY OF COOPER-STANDARD AUTOMOTIVE ON INTERROGATORY NO. 6 (DKT. # 103)

    This matter is before the Court on Nartron Corp.'s ("Nartron") Motion to Compel Discovery of Cooper-Standard Automotive, Inc. ("Cooper-Standard") on Interrogatory No. 6 (Dkt. # 103). The parties have filed briefs, and the Court heard oral argument on January 17, 2012. For the reasons stated on the record, it is hereby ORDERED as follows:

    It is **ORDERED** that Nartron's Motion to Compel (Dkt. # 103) is **GRANTED in part and DENIED in part.**

    It is further **ORDERED** that Cooper-Standard shall, on or before January 31, 2012, supplement its answer to Nartron's Interrogatory No. 6 to (i) confirm that claim 3 of U.S. Patent No. 7,342,373 is the only patent claim that is the subject of Cooper-Standard's correction of

inventorship claim of Counterclaim Count VI, and (ii) state with specificity the inventive contribution to claim 3 of each of the allegedly omitted joint inventors, namely, John Zimmer, Eric Drozd and Sean Scott.

                                                  s/Mark A. Randon  
                                                  Mark A. Randon  
                                                  United States Magistrate Judge

Dated: January 24, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, January 24, 2012, electronically.*

                                                  *s/Melody R. Miles*  
                                                  *Case Manager to Magistrate Judge Mark A. Randon*  
                                                  *(313) 234-5542*

**Approved as to form:**

/s/ Vanessa L. Miller  
Vanessa L. Miller  
Counsel for Cooper-Standard Automotive, Inc.

/s/ Robert C.J. Tuttle (w/ consent)  
Robert C. J. Tuttle  
Counsel for Nartron Corporation