**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**NARTRON CORPORATION,**

**Plaintiff/Counter-Defendant,**

**v.**

**COOPER-STANDARD AUTOMOTIVE, INC.,**

**Defendant/Counterclaimant.**

**Case No. 10-CV-12293**
**Hon. Mark A. Goldsmith**
**Magistrate Judge: Mark A. Randon**

# ORDER GRANTING IN PART AND DENYING IN PART NARTRON CORPORATION'S MOTION TO COMPEL DISCOVERY OF COOPER-STANDARD AUTOMOTIVE ON INTERROGATORY NO. 6 (DKT. # 103)

This matter is before the Court on Nartron Corp.'s ("Nartron") Motion to Compel Discovery of Cooper-Standard Automotive, Inc. ("Cooper-Standard") on Interrogatory No. 6 (Dkt. # 103). The parties have filed briefs, and the Court heard oral argument on January 17, 2012. For the reasons stated on the record, it is hereby ORDERED as follows:

It is **ORDERED** that Nartron's Motion to Compel (Dkt. # 103) is **GRANTED in part and DENIED in part.**

It is further **ORDERED** that Cooper-Standard shall, on or before January 31, 2012, supplement its answer to Nartron's Interrogatory No. 6 to (i) confirm that claim 3 of U.S. Patent No. 7,342,373 is the only patent claim that is the subject of Cooper-Standard's correction of

inventorship claim of Counterclaim Count VI, and (ii) state with specificity the inventive contribution to claim 3 of each of the allegedly omitted joint inventors, namely, John Zimmer, Eric Drozd and Sean Scott.

s/Mark A. Randon
Mark A. Randon
United States Magistrate Judge

Dated: January 24, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, January 24, 2012, electronically.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5542*

**Approved as to form:**

/s/ Vanessa L. Miller
Vanessa L. Miller
Counsel for Cooper-Standard Automotive, Inc.

/s/ Robert C.J. Tuttle (w/ consent)
Robert C. J. Tuttle
Counsel for Nartron Corporation