UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

NARTRON CORPORATION,

    Plaintiff/Counter-Defendant,

vs.   Case No. 4:10-cv-12293

COOPER-STANDARD  Hon. Mark A. Goldsmith
AUTOMOTIVE, INC.,

    Magistrate Judge Mark A. Randon

    Defendant/Counter-Plaintiff.
_____/

## ORDER DENYING COOPER-STANDARD AUTOMOTIVE, INC.'S MOTION TO COMPEL (DKT. #80)

On December 8, 2011, the Court heard Cooper-Standard Automotive, Inc.'s ("Cooper-Standard") Second Motion to Compel Production from Robert C.J. Tuttle (Dkt. #80). By Order dated January 12, 2012, the Court took the Motion under advisement and directed Robert Tuttle to submit certain documents for an *in camera* inspection within 14 days of entry of the Order. (*See* Dkt. #111.) After Mr. Tuttle submitted the designated documents and the Court reviewed them *in camera*, the Court addressed the Motion at a hearing on unrelated motions on January 17, 2012. For reasons stated on the record, the Court denied Cooper-Standard's Motion.

Accordingly, it is **ORDERED** that Cooper-Standard's Second Motion to Compel Production from Robert C.J. Tuttle Motion to Compel (Dkt. #80) is **DENIED** for reasons stated on the record.

                                          s/Mark A. Randon
                                          MARK A. RANDON
                                          UNITED STATES MAGISTRATE JUDGE

Dated: February 14, 2012

<u>Certificate of Service</u>

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, February 14, 2012, by electronic and/or first class U.S. mail.*

<u>*s/Melody R. Miles*</u>
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5542*


**Approved as to form:**

/s/ Irina Kashcheyeva _____
Irina Kashcheyeva
Counsel for Cooper-Standard Automotive, Inc.

/s/ Thomas Hubbard (w/ permission)_____
Thomas Hubbard
Counsel for Nartron Corporation